**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ***Qin Zhou*** **and** ***Jianwei Wang*** **Plaintiffs,** | ) | |
| **v.** | ) | **Civil Action No.** 06-4638(MLC) |
| ***Michael Chertoff*, Secretary, Department of Homeland Security** | ) | |
| ***Emilio Gonzalez*, Director, U. S. Citizenship and Immigration Services** | ) | **COMPLAINT** |
| ***Paul Novak*, Director, Vermont Service Center, USCIS** | ) | RECEIVED |
| ***Robert Mueller*, Director, Federal Bureau of Investigations** | ) | SEP 28 2006 |
| **Defendants.** | ) | |

AT 8:30 ______________M
WILLIAM T. WALSH
CLERK

**COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS & DECLARATORY JUDGMENT**

Now come the Plaintiffs, Qin Zhou and Jianwei Wang, wife and husband, by and through Pro Se, in the above-captioned matter, and hereby states as follows:

1. This action is brought against Defendants to compel action on the clearly delayed processing of their Employment-based Adjustment of Status Application, I-485, filed by Plaintiffs, Qin Zhou and Jianwei Wang. The applications were filed and remains within the jurisdiction of Defendants, who have improperly handled and delayed processing the application to Plaintiffs' detriment.

**PARTIES**

2. Plaintiff, Qin Zhou, resides at 96 Neptune Ave, Apartment 1, Deal, NJ 07723, alien number A98-413-850, is the primary applicant and beneficiary of an Employment-based I-485, Application to Register Permanent Resident or Adjustment of Status, filed with the Vermont Service Center, USCIS on May 28th, 2004.

3. Plaintiff, Jianwei Wang, husband of Qin Zhou, resides at 96 Neptune Ave, Apartment 1, Deal, NJ 07723, alien number A98-414-501, is the derivative beneficiary of an I-485, Application to Register Permanent Resident or

Adjustment of Status, filed with the Vermont Service Center, USCIS on May 28th, 2004.

4. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS), Washington, D.C. 20258, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC § 1103(a). More specifically, the Secretary of the Department of Homeland Security is responsible for the adjudication of applications for nonimmigrant visas filed pursuant to the Immigration and Nationality Act (INA). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

5. Defendant Emilio Gonzalez is the Director of the U.S Citizenship & Immigration Services (USCIS), 425 Eye Street, NW, Washington D.C. 20536, and this action is brought against him in his official capacity. He is an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR § 103.1(g)(2)(ii)(B).

6. Defendant Paul Novak is the Director of the Vermont Service Center of USCIS of the DHS, 75 Lower Welden Street, St. Albans, VT 05479, and this action is brought against him in his official capacity. He is generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR § 103.1(g)(2)(ii)(B). As will be shown, Defendant is an official with whom Plaintiffs' application to register Permanent Resident or Adjustment of Status was properly filed.

7. Defendant Robert Mueller is Director of Federal Bureau of Investigations (FBI) J. Edgar Hoover Building, 935 Pennsylvania Avenue, NW, Washington, D.C. 20535, and this action is brought against him in his official capacity. He is the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State. As will be shown, Defendant has failed to complete the security clearances of Plaintiffs' cases.

## JURISDICTION

8. Jurisdiction in this case is proper under 28 USC § 1331 (Federal question statute) since this is a civil action arising under the Constitution and the laws of the United states, including the Fifth Amendment to the U.S. Constitution, provisions of Title 8 USC § 1101 et seq. (Immigration and Nationality Act, INA) and applicable regulations, policies and procedures arising thereunder. This Court may grant relief in this action under 28 USC § 1361 (Mandamus

Act); 28 USC § 1651 (All Writs Act); 28 USC § 2201 (Declaratory Judgment Act); and under 5 USC § 701 et seq. (Administrative Procedures Act).

## VENUE

9. Venue is proper in this court, pursuant to 28 USC §1391(e), in that Plaintiff may request a hearing on the matter in the District where Plaintiff resides.

## EXHAUSTION OF REMEDIES

10. The Plaintiffs have exhausted their administrative remedies. The Plaintiffs have supplied the USCIS and FBI documents that clearly establish their eligibility to Register Permanent Resident or Adjust Status.

## CAUSE OF ACTION

11. Plaintiffs, Qin Zhou and Jianwei Wang, wife and husband, submitted Adjustment of Status (AOS) applications to become permanent residents of the United States with Vermont Service Center of USCIS on May 28th, 2004. USCIS acknowledgement documents are attached hereto as **Exhibit A**.

12. Plaintiffs are eligible to receive immigrant visas and are admissible to the United States for permanent residence.

13. Plaintiffs' Immigrant Petition for Alien Worker under INA 8 U.S.C. § 1153(b), I-140, was approved on Oct 6th, 2004. The case approved status on USCIS website is attached hereto as **Exhibit B**.

14. An immigrant visa was immediately available to the Plaintiffs at the time of AOS applications were filed.

15. An immigrant visa is immediately available to the Plaintiffs at the time of filing this Complaint.

16. An immigrant visa is always available to the Plaintiffs through out the time of Plaintiffs' AOS applications.

17. Following the submission of AOS application, Plaintiffs were requested to provide and actually provided fingerprints for security checks on April 2nd, 2005. The fingerprint received acknowledgements shown on USCIS website case status are attached hereto as **Exhibit C**.

18. USCIS regularly publishes immigration petition processing dates online at: https://egov.immigration.gov/cris/jsps/Processtimes.jsp?SeviceCenter=Vermont According to the latest update on September 19th, 2006, Vermont Service Center is currently processing AOS applications, I-485, filed on June 21st, 2005. Plaintiffs submitted their applications on May 28th, 2004, which is ***13 months earlier*** than the latest published processing date. Vermont Service Center Processing Dates posted on September 19th, 2006 is attached hereto as **Exhibit D**.

19. On June 20th, 2005, Plaintiffs called Vermont Service Center to inquiry the case status. Plaintiffs were told that the security check was pending for their cases.

20. Thereafter, Plaintiffs had called about once very three months to the main USCIS number to inquire about their cases. Plaintiffs were always told by the service representatives that the cases were pending security clearance. Specifically, several representatives told Plaintiffs that the delayed security check was the FBI name check, and did not know when the cases would be resolved.

21. Plaintiffs made further efforts to get a status of their applications and find out a reason for a delay in adjudication of their applications. Specifically, Plaintiffs contacted Congressman of the 6th District of New Jersey, Frank Pallone, and his Long Branch district office. His response dated August 05, 2005 stated that *"The FBI name checks are pending on the principal alien. Therefore, neither of the two applications may be adjudicated until the checks are done."* The correspondence is attached hereto as **Exhibit E.**

22. On April 07th, 2005 and September 26th, 2005 Plaintiffs made efforts to contact FBI Record/Information Dissemination Section via e-mail in order to find out the status of their security check. Plaintiffs also contacted FBI via phone in June 2005 but were told to wait for the response on the email inquiry. No response has been received from FBI at the time of filing this Complaint. The Plaintiffs' e-mails are attached hereto as **Exhibit F.**

23. In August and September, 2005, further to clarify the security check issue, Plaintiffs contact Congressman of the 6th District of New Jersey again by calling his Long Branch district office, to make inquiries with FBI. But Jamie Flanders, the District Field Representative, told Plaintiffs there was nothing they could help further.

24. On June 20, 2006, 754 days after submitting all required documents to USCIS, Plaintiff, Qin Zhou, primary applicant of AOS application, made an official Status Inquiry with USCIS. USCIS replied: "*The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.*" The correspondence is attached hereto as **Exhibit G.**

25. Plaintiffs have lived in the United States for more than 8 years, and both graduated from University of Illinois at Chicago with Master of Science degree and are both senior software engineers working at a fortune 500 company. Plaintiffs have always complied with immigration and civil laws, have never been arrested or convicted of a crime and have never presented a security risk to the United States.

26. In August 2006, Plaintiffs made an official Freedom of Information–Privacy Acts (FOIPA) request with FBI. FBI response dated on August 29, 2006 stated that FBI has no records pertaining to either of Plaintiffs: "*To promptly respond to request, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices*". The correspondence is attached hereto as **Exhibit H.**

27. As of September 26th, 2006, 852 days, 2 years and 4 months, after submitting all documents to USCIS, no resolution on Plaintiffs' applications have been reached so Plaintiffs are filing present Complaint with the New Jersey District Court. This action challenges only the Defendants' timeliness in adjudication of Plaintiffs' applications, not the granting or denial of the applications, therefore the jurisdictional limitations of 8 U.S.C. § 1252 do not apply.

28. Section 202 (8 U.S.C. § 1571) of the Title II of the American Competitiveness in Twenty-first Century Act of 2000 (AC21) clearly lays down the parameters of reasonableness in immigration adjudication, stating: *"...It is the sense of Congress that the processing of an immigration benefit application should be completed not later than **180 days** after the initial filing of the application."*

29. Defendants are also required by 5 U.S.C. § 551 *"within a reasonable time ... to conclude a matter presented...."*

30. Other District Courts have concluded in similar cases that Plaintiff has a clear right to have his or her application for lawful permanent residency status adjudicated within a reasonable period of time. (*Yu v. Brown*, 36F. Supp. 2d 922, 925 (D.N.M. 1999); *Agbemaple v. INS*, No. 97 C 8457, 1988 WL 292441 (N.D. Ill. May 18, 1988)). For instance, in *Yu*, where Plaintiff sought a writ of mandamus to force INS to act on her application for lawful permanent residence two and one half years after she applied, the court concluded that Yu's petition properly stated a claim for mandamus. Also in *Elkhatib v. Bulger*, No. 04-22407-CIV-SEITZ/MCALILEY (S.D.F.2004) court found that Defendants have a non-discretionary duty to process Plaintiff's application within a reasonable period of time.

**PRAYER**

31. WHEREFORE, in view of the arguments and authority noted herein, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

    (a) Ordering Defendants to adjudicate Plaintiffs' adjustment applications forthwith;
    (b) Granting such other relief at law and in equity as justice may require.

Respectfully Submitted,

Qin Zhou, *Pro Se*
96 Neptune Ave
Apartment 1
Deal, NJ 07723
Phone: (732) 420 7807
E-mail: jianwei.wang@gmail.com

Jianwei Wang, *Pro Se*
96 Neptune Ave
Apartment 1
Deal, NJ 07723
Phone: (732) 420 0560
E-mail: jianwei.wang@gmail.com

**EXHIBITS**

| | |
|---|---|
| EXHIBIT A | USCIS Receipt Notices of Adjustment of Status |
| EXHIBIT B | USCIS Approval status of Immigrant Petition for Alien Worker |
| EXHIBIT C | USCIS Fingerprint Received Acknowledgements |
| EXHIBIT D | USCIS Vermont Service Center Processing Dates |
| EXHIBIT E | Congressman Correspondence Regarding Case Status |
| EXHIBIT F | Plaintiffs' E-mail to FBI Regarding Security Checks |
| EXHIBIT G | USCIS Response on Official Case Status Inquiry |
| EXHIBIT H | FBI Response on FOIPA Inquiries |

# EXHIBIT A

## USCIS Receipt Notices of Adjustment of Status

Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797, Notice of Action

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE |
|---|---|---|
| EAC-04-182-50656 | | I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| RECEIVED DATE May 28, 2004 | PRIORITY DATE | APPLICANT A98 413 850 ZHOU, QIN |
| NOTICE DATE June 4, 2004 | PAGE 1 of 1 | |

DANIEL J. DAUGHERTY - VICE PRESIDENT COR
IGATE CORPORATION
1000 COMMERCE DRIVE SUITE 500
PITTSBURGH PA 15275

**Notice Type:** Receipt Notice

Amount received: $ 385.00
Section: Adjustment as direct beneficiary of immigrant petition

The above application or petition has been received. It usually takes 365 to 540 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone:** (800) 375-5283

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| RECEIPT NUMBER<br>EAC-04-182-50561 | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| RECEIVED DATE<br>May 28, 2004 | PRIORITY DATE | APPLICANT A98 414 501<br>WANG, JIANWEI |
| NOTICE DATE<br>June 4, 2004 | PAGE<br>1 of 1 | |

DANIEL J. DAUGHERTY - VICE PRESIDENT COR
IGATE CORPORATION
1000 COMMERCE DRIVE SUITE 500
PITTSBURGH PA 15275

**Notice Type:** Receipt Notice

Amount received: $ 385.00

Section: Derivative adjustment

The above application or petition has been received. It usually takes 365 to 540 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**

**EXHIBIT B**

**USCIS Approval status of Immigrant Petition for Alien Worker**

# U. S. Citizenship and Immigration Services



**Case Status**

**Receipt Number: EAC0416352210**

**Application Type: I140, IMMIGRANT PETITION FOR ALIEN WORKER**

**Current Status:**

This case has been approved. On October 6, 2004, an approval notice was mailed. If 30 days have passed and you have not received this notice, you may wish to verify or update your address. To update your address, please speak to an Immigration Information Officer during business hours.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

---

If you would like to see the Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision or advice from the USCIS within the projected processing time frame, please contact the National Customer Service Center at (800) 375 - 5283 or 1-800-767-1833 (TTY).

New Search

Printer Friendly Case Status

**09-26-2006 07:08 PM EDT**

# EXHIBIT C

## USCIS Fingerprint Received Acknowledgements

# U. S. Citizenship and Immigration Services





## Case Status

**Receipt Number: EAC0418250656**

**Application Type: I485, Application to Register Permanent Residence or to Adjust Status**

**Current Status:**

On April 12, 2005, the results of your fingerprint review for your I485 Application to Register Permanent Residence or to Adjust Status were received, and processing has resumed on your case. We will mail you a notice if further action is needed, or when a decision is made.

You can choose to receive automatic case status updates, which will be sent via email. Please click **here** to create an account online.

---

If you would like to see the Processing Dates for Applications and Petitions, click **here**.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click **here**.

If you have a question about case status information provided via this site, or if you have not received a decision or advice from the USCIS within the projected processing time frame, please contact the National Customer Service Center at (800) 375 - 5283 or 1-800-767-1833 (TTY).

Return to Portfolio List

New Search

Printer Friendly Case Status

**09-26-2006 07:04 PM EDT**

U. S. Citizenship and Immigration Services

TEXT ONLY HOME WHAT'S NEW FAQS SEARCH GLOSSARY FEEDBACK TRANSLATE PRINTPAGE

Immigration Services and Benefits
National Customer Service Call Center (NCSC)
Call Scripts and Information
Case Status Online
Case Status Search
Logout
My Account
My Portfolio
Change Password

## Case Status

**Receipt Number: EAC0418250561**

**Application Type: I485, Application to Register Permanent Residence or to Adjust Status**

**Current Status:**

On April 12, 2005, the results of your fingerprint review for your I485 Application to Register Permanent Residence or to Adjust Status were received, and processing has resumed on your case. We will mail you a notice if further action is needed, or when a decision is made.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

---

If you would like to see the Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision or advice from the USCIS within the projected processing time frame, please contact the National Customer Service Center at (800) 375 - 5283 or 1-800-767-1833 (TTY).

Return to Portfolio List

New Search

Printer Friendly Case Status

**09-26-2006 07:04 PM EDT**

# EXHIBIT D

## USCIS Vermont Service Center Processing Dates

U. S. Citizenship and Immigration Services

Print This Page | Back

**U.S. Citizenship and Immigration Services**
**Vermont Service Center Processing Dates**
**Posted September 19, 2006**

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

There are several important exceptions to the processing times shown below:

- Case processing will be delayed if we must ask you for more evidence or information. If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

### What if I have a problem or have questions about a case?

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **Vermont** Posted September 19, 2006

| | | | |
|---|---|---|---|
| **I-90** | Application to Replace Permanent Resident Card | Initial issuance or replacement | March 20, 2006 |
| **I-102** | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | February 27, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | April 30, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | April 30, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 28, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | September 04, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | August 20, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | July 06, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | L - Intracompany transfers | August 20, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | Blanket L | May 14, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | O - Extraordinary ability | July 02, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | July 02, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | April 02, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | R - Religious occupation | April 02, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | April 07, 2006 |
| **I-129F** | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | March 20, 2006 |
| **I-130** | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | February 05, 2006 |
| **I-130** | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | February 19, 2006 |
| **I-130** | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | January 22, 2006 |
| **I-130** | Petition for Alien Relative | U.S. citizen filing for a brother or sister | September 30, 2000 |
| **I-130** | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | October 22, 2005 |

| | | | |
|---|---|---|---|
| **I-130** | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | February 12, 2006 |
| **I-131** | Application for Travel Document | All other applicants for advance parole | June 19, 2006 |
| **I-140** | Immigrant Petition for Alien Worker | Extraordinary ability | March 20, 2006 |
| **I-140** | Immigrant Petition for Alien Worker | Outstanding professor or researcher | March 20, 2006 |
| **I-140** | Immigrant Petition for Alien Worker | Multinational executive or manager | March 20, 2006 |
| **I-140** | Immigrant Petition for Alien Worker | Schedule A Nurses | March 20, 2006 |
| **I-140** | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | March 20, 2006 |
| **I-140** | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | March 20, 2006 |
| **I-140** | Immigrant Petition for Alien Worker | Skilled worker or professional | March 20, 2006 |
| **I-140** | Immigrant Petition for Alien Worker | Unskilled worker | March 20, 2006 |
| **I-212** | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | June 30, 2005 |
| **I-360** | Petition for Amerasian, Widow(er), or Special Immigrant | Violence Against Women Act (VAWA) | January 30, 2006 |
| **I-360** | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | February 26, 2006 |
| **I-485** | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | June 21, 2005 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | June 04, 2006 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | June 04, 2006 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | June 04, 2006 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | All other change of status applications | June 04, 2006 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | June 04, 2006 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | June 04, 2006 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | June 04, 2006 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | All other extension applications | June 04, 2006 |
| **I-612** | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | March 20, 2006 |
| **I-751** | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | March 20, 2006 |
| **I-765** | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | July 03, 2006 |
| **I-765** | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | August 21, 2006 |

| | | | |
|---|---|---|---|
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | July 03, 2006 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | July 03, 2006 |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | July 03, 2006 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | July 03, 2006 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | April 11, 2005 |
| I-821 | Application for Temporary Protected Status | El Salvador initial or late filing | March 20, 2006 |
| I-821 | Application for Temporary Protected Status | El Salvador extension | March 20, 2006 |
| I-821 | Application for Temporary Protected Status | Honduras and Nicaragua initial or late filing | March 20, 2006 |
| I-821 | Application for Temporary Protected Status | Honduras and Nicaragua extension | March 20, 2006 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | March 20, 2006 |
| N-600 | Application for Certification of Citizenship | Application for recognition of U.S. citizenship | March 20, 2006 |
| N-643 | Application for Certification of Citizenship on Behalf of an Adopted Child | Application for recognition of U.S. citizenship on behalf of an adopted child | March 20, 2006 |

Print This Page Back

09-26-2006 01:18 PM EDT

**EXHIBIT E**

**Congressman Correspondence Regarding Case Status**

ENERGY AND COMMERCE COMMITTEE:
ENERGY AND AIR QUALITY SUBCOMMITTEE
ENVIRONMENT AND HAZARDOUS MATERIALS SUBCOMMITTEE
HEALTH SUBCOMMITTEE
RESOURCES COMMITTEE:
FISHERIES CONSERVATION, WILDLIFE AND OCEANS SUBCOMMITTEE
RANKING MEMBER
DEMOCRATIC POLICY COMMITTEE:
COMMUNICATIONS CHAIR
email:Frank.Pallone@mail.house.gov
http://www.house.gov/pallone

FRANK PALLONE, JR.
6TH DISTRICT, NEW JERSEY

Congress of the United States
House of Representatives
Washington, DC 20515–3006

REPLY TO:
WASHINGTON OFFICE:
☐ 420 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–3006
TELEPHONE: (202) 225–4671
☑ DISTRICT OFFICES:
504 BROADWAY
LONG BRANCH, NJ 07740
(732) 571–1140
☐ 67/69 CHURCH STREET
KILMER SQUARE
NEW BRUNSWICK, NJ 08901
(732) 249–8892
☐ I.E.I., AIRPORT PLAZA
1390 ROUTE 36, #104
HAZLET, NJ 07730–1701
(732) 264–9104

August 4, 2005

Ms. Qin Zhou
220 Pinewood Avenue
Oakhurst, NJ 07755

Dear Ms. Zhou:

Thank you for contacting my Long Branch district office regarding the delay in the processing of your status adjustment application. I appreciate hearing from you, but certainly regret learning of the difficulty you are encountering.

I have made the appropriate inquiry with the United States Citizenship and Immigration Services (USCIS).

When I receive a response from them I shall forward it along to you. If you are contacted in the meantime, please advise my Long Branch District Office so that I may be aware of what action is taken on my inquiry.

Please be assured of my interest in your behalf. With best regards, I am

Sincerely,

Frank Pallone, Jr.
Member of Congress

FP/jwf

ENERGY AND COMMERCE COMMITTEE:
Energy and Air Quality Subcommittee
Environment and Hazardous Materials Subcommittee
Health Subcommittee
RESOURCES COMMITTEE:
Fisheries Conservation, Wildlife and Oceans Subcommittee
Ranking Member
DEMOCRATIC POLICY COMMITTEE:
Communications Chair
http://www.house.gov/pallone

FRANK PALLONE, JR.
6TH DISTRICT, NEW JERSEY

# Congress of the United States
## House of Representatives
Washington, DC 20515–3006

Reply to:
Washington Office:
☐ 420 Cannon House Office Building
Washington, DC 20515–3006
Telephone: (202) 225–4671
✔ District Offices:
504 Broadway
Long Branch, NJ 07740
(732) 571–1140
☐ 67/69 Church Street
Kilmer Square
New Brunswick, NJ 08901
(732) 249-8892
☐ I.E.I., Airport Plaza
1390 Route 36, #104
Hazlet, NJ 07730–1701
(732) 264-9104

August 5, 2005

Ms. Qin Zhou
220 Pinewood Avenue
Oakhurst, NJ 07755

Dear Ms. Zhou:

I recently received an initial response from the United States Immigration and Citizenship Services' Vermont Services Office in regard to your case. My Long Branch District Office will conduct a follow-up with USCIS regarding your case. This is in response to my inquiry on your behalf.

I trust that this letter is self-explanatory and I hope this information is useful to you. Please do not hesitate to contact my Long Branch District Office if you should have any further questions.

With best regards, I am

Sincerely,

Frank Pallone, Jr.

Frank Pallone, Jr.
Member of Congress

FP/tp

Enclosure

**Flanders, Jamie**

**From:** Congressional, VSC
**Sent:** Friday, August 05, 2005 10:03 AM
**To:** Flanders, Jamie
**Subject:** Re:NJ 06 - Pallone Ms. Qin Zhou EAC 0418250656 A 98 413 850

Jamie,

The FBI name checks are pending on the principal alien. Therefore, neither of
the two applications may be adjudicated until the checks are done.

VSC Congressional Liaison

____________________Reply Separator____________________

Subject: NJ 06 - Pallone Ms. Qin Zhou EAC 0418250656 A 98 413 850
Author: "Flanders, Jamie" <SMTP:Jamie.Flanders@mail.house.gov>
Date: 8/4/2005 1:29 PM

**EXHIBIT F**

**Plaintiffs' E-mail to FBI Regarding Security Checks**

**Jason Wang <jianwei.wang@gmail.com>**

# Security Name Check Status

**Jason Wang <jianwei.wang@gmail.com>** **Thu, Apr 7, 2005 at 1:44 PM**
Reply-To: Jason Wang <jianwei.wang@gmail.com>
To: FBINNCP@lc.fbi.gov

Dear Sir/Madam,

I and my husband have filed an application for adjustment of status to that as of Lawful permanent Resident with the USCIS Vermont Service Center on June 4th, 2004. Our application is now pending adjudication at the Vermont Service Center.

I am sending this note to you kindly asking for your office to please provide the status of the security/name check I believe the USCIS would have requested upon the filing of our application for adjustment of status.

Following are the details of our case:

Primary Applicant:
Name: Qin Zhou
SS#: 337 94 4183
Date of Birth: 12/14/1971
USCIS Receipt Numbers: EAC0418250561
Country of Birth: P.R.China

My spouse information:
Name: Jianwei Wang
SS#: 352 94 1092
Date of Birth: 03/28/1971
USCIS Receipt Numbers: EAC0418250656
Country of Birth: P.R.China

Address: 220 Pinewood Ave, Oakhurst, NJ 07755
Phone# : (732) 531 7215
E-mail: jianwei.wang@gmail.com

I may be reached by phone or e-mail, If you require any additional information/ documents to address my request. A prompt response will be greatly appreciated.

Sincerely,
Qin Zhou

Gmail talk BETA

Jason Wang <jianwei.wang@gmail.com>

# Security Name Check Status

**Jason Wang <jianwei.wang@gmail.com>** **Mon, Sep 26, 2005 at 11:44 AM**
Reply-To: Jason Wang <jianwei.wang@gmail.com>
To: FBINNCP@ic.fbi.gov

Dear Sir/Madam,

I had sent you an email on April 7, 2005 to ask for the status of the security/name check which USCIS has requested upon the filing of our application for adjustment of status. but I have not heard from you yet. I am not sure wether you got it or not. Here is a re-sent.

Following are the details of our case:

Primary Applicant:
Name: Qin Zhou
SS#: 337 94 4183
Date of Birth: 12/14/1971
USCIS Receipt Numbers: EAC0418250656
Alien#: A98 413 850
Country of Birth: P.R.China

My spouse information:
Name: Jianwei Wang
SS#: 352 94 1092
Date of Birth: 03/28/1971
USCIS Receipt Numbers: EAC0418250561
Alien#: A98 414 501
Country of Birth: P.R.China

Address: 220 Pinewood Ave, Oakhurst, NJ 07755
Home Phone# : (732) 531 7215
Work Phone#: (732) 420 7807
E-mail: jianwei.wang@gmail.com

I may be reached by phone or e-mail, if you require any additional information/ documents to address my request. A prompt response will be greatly appreciated.

Thanks for your help!
Qin Zhou

# EXHIBIT G

## USCIS Response on Official Case Status Inquiry

**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001

**U.S. Citizenship and Immigration Services**

Thursday, June 22, 2006

QIN ZHOU
96 NEPTUNE AVE APT 1
DEAL NJ 07723

Dear Qin Zhou:

On 06/20/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | eac-04-182-50656 |
| **Beneficiary (if you filed for someone else):** | Zhou, Qin |
| **Your USCIS Account Number (A-number):** | A98413850 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

# EXHIBIT H

## FBI Responses on FOIPA Inquiries

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

August 29, 2006

MR. QIN ZHOU
APARTMENT 1
96 NEPTUNE AVENUE
DEAL, NJ 07723

Request No.: 1056406- 000
Subject: ZHOU, QIN

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

Enclosure

**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

August 29, 2006

MR. JIANWEI WANG
APARTMENT 1
96 NEPTUNE AVENUE
DEAL, NJ 07723

Request No.: 1056409- 000
Subject: WANG, JIANWEI

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

Enclosure