```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| QIN ZHOU, et al., | CIVIL ACTION NO. 06-4638 (MLC) |
| Plaintiffs, | **MEMORANDUM OPINION** |
| v. |  |
| MICHAEL CHERTOFF, et al., |  |
| Defendants. |  |

**THE PLAINTIFFS PRO SE** bringing this action "for writ in the nature of mandamus and declaratory judgment" concerning their pending applications for adjustment of residency status (Compl., at 1); and it appearing that the defendants have not answered; and the plaintiffs now seeking "dismissal of this action, without prejudice and without costs or fees to either party," as "the petition underlying the instant mandamus action was acted upon on or about Nov. 22, 2006" (Pls. Notice); and thus the Court intending to (1) dismiss the complaint without prejudice and without costs or fees to any party, and (2) close the action; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                                s/ Mary L. Cooper          
                                                **MARY L. COOPER**  
                                                United States District Judge